## M. SOSA, Jr., v. STATE.
### No. 14332.

Court of Criminal Appeals of Texas.

April 1, 1931.

Andrew H. Young and E. B. Chambers, both of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction was for embezzlement of property of less than $50 in value; punishment being assessed at confinement in jail for a period of five days.

Appellant perfected an appeal to this court. He has now filed his affidavit advising the court that he does not further desire to prosecute his appeal, and the same is dismissed at his request.

## Luke WILLIAMS v. STATE.
### No. 14242.

Court of Criminal Appeals of Texas.

March 11, 1931.

Shivers & Baker, of Port Arthur, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for a period of two years.

The indictment is regular. The motion for new trial was overruled November 4, 1930. No statement of facts or bills of exception are found in the record, and the time allowed for their preparation and filing has expired. No fundamental error has been perceived or pointed out. Nor is there any matter presented for review save the fact that the court, in writing the judgment and sentence, ignored the Indeterminate Sentence Law (Code Cr. Proc. 1925, art. 775). The judgment should condemn the appellant to suffer confinement in the penitentiary for a period of not less than one nor more than two years.

The judgment is reformed in that particular, and, as reformed, it is affirmed.

## Ex parte Sefrino YBARRA v. STATE.
### No. 14311.

Court of Criminal Appeals of Texas.

March 18, 1931.

Ney Wade and L. D. Stroud, both of Beeville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

This is an appeal from an order refusing to release appellant on a writ of habeas corpus.

The transcript is not certified.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.